UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| **IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, et al.** | CASE NO. 3:18CV351 |
| **Plaintiffs,** | |
| v. | JUDGE WALTER H. RICE |
| **MILLENNIUM STEEL, INC.** | **AMENDED ORDER GRANTING MOTION FOR ORDER TO DISBURSE FUNDS** |
| **Defendants.** | |

---

This action came before the Court on a Motion for an Order to Disburse Funds filed by Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, and Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust (collectively "Judgment Creditors"). Judgment Creditors' Motion for Disbursement of Funds is hereby GRANTED. Of the funds received from Garnishee First Financial Bank minus any poundage and costs to this Court, $27,037.92 shall immediately be disbursed to Plaintiffs' counsel at:

Faulkner, Hoffman & Phillips, LLC
c/o Joseph C. Hoffman, Jr., Esq.
20445 Emerald Parkway Drive, Suite 210
Cleveland, OH 44135.

**IT IS SO ORDERED.**

Dated: 8-28-18

WALTER H. RICE, UNITED STATES DISTRICT JUDGE