# UNITED STATES FEDERAL DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
# AT DAYTON

| | |
|---|---|
| **IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST**, *et al.*, | CASE NO. 3:18-CV-351 |
| Plaintiffs, | DISTRICT JUDGE WALTER H. RICE |
| v. | MAGISTRATE JUDGE SHARON L. OVINGTON |
| **MILLENNIUM STEEL, INC.** | **ORDER** |
| Defendant. | |

Pursuant to Plaintiffs' Motion For An Award Of Attorneys' Fees And To Cancel Hearing As To Show Cause Order, the Court hereby ORDERS as follows:

1. The hearing scheduled by this Court in this matter for September 9, 2019 at 11:00am is hereby canceled and Michael K. Lauer shall not be required to appear before the undersigned at such time and show cause why he should not be held in civil contempt of court for failure to comply with this Court's December 31, 2018 Order.

2. It is also Ordered that Plaintiffs be awarded and Defendant Millennium Steel, Inc. be ordered to pay reasonable attorneys' fees and costs associated with the Plaintiffs' motion to show cause and attorneys' fees and costs incurred by the Plaintiffs as a result of Defendant and Mr. Lauer's failure to comply with this Court's Orders.

Plaintiffs' shall submit to this Court its request for an award of attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 9-12-19, n.p.t 9/9/19

*(signed)*
Sharon L. Ovington Walter H. Rice
United States Magistrate Judge