UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST., *et al.*, | CASE NO. 3:18-CV-351 |
| Plaintiffs, | JUDGE WALTER H. RICE |
| v. | |
| MILLENNIUM STEEL, INC., | **ORDER GRANTING STAY UNTIL NOVEMBER 30, 2019** |
| Defendant. | |

This action came before the Court on the Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust ("Benefit Trust"), Iron Workers District Council of Southern Ohio & Vicinity Pension Trust ("Pension Trust"), and Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust ("Annuity Trust") (collectively the "Trusts" or "Plaintiffs"), Motion to Stay Proceedings for fourteen-days. The Court being informed of the circumstances and basis for the Plaintiffs' Motion to Stay Proceedings hereby **GRANTS** the following relief:

1. All proceedings in the above-captioned matter shall be stayed until November 29, 2019.

2. Absent a motion by the Plaintiffs for an extension of such stay prior to November 30, 2019, the stay of these proceedings shall be lifted without further action by this Court on November 30, 2019.

**IT IS SO ORDERED.**

Date: 11-20-19

JUDGE WALTER H. RICE